# MICHAEL T. FARLEY

ONE COURTHOUSE SQUARE
NEWPORT, RI 02840
401 835-8775

Michael T. Farley
mfarleyesq@yahoo.com

February 27, 2021

Office of the Clerk
United States District Court
844 North King St Unit 18
Wilmington, DE 19801-3570

FILED

MAR 02 2021

US DISTRICT COURT
DISTRICT OF DELAWARE

Dear Sir or Madam:

Enclosed pursuant to the Local Rules are the following:

- Objection to Pro Hac Vice Admission

Thank you for your courtesy and cooperation.

Very Truly Yours,

Michael T Farley

MTF/cc



ORIGIN ID:NDA (401) 835-0775
MICHAEL FINLEY

1 COURTHOUSE SQ

NEWPORT, RI 02840
UNITED STATES US

To OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING ST
UNIT 18
WILMINGTON DE 19801
(302) 573-6170

SHIP DATE: 27FEB21
ACTWGT: 1.10 LB
CAD: 5502266/SSF02121

BILL CREDIT CARD

FedEx
Express

TUE – 02 MAR 4:30P
** 2DAY **

*19801
DE–US PHL

TRK# 7841 8135 5470

SB ZWIA





FILED

MAR 02 2021

US DISTRICT COURT
DISTRICT OF DELAWARE

