## IN THE DISTRICT COURT FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MICHAEL C. TRIMARCO, <br><br>        Plaintiff, <br><br>        v. <br><br>MICHAEL T. FARLEY, SHAWN PATRICK CARDEN, MICHAEL A HILMER, CHRIS CICOLINI, and ASHISH KAPOOR <br><br>        Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 1:20-cv-01408-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2021 a copy of the foregoing *Affidavit of Non-Service* was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to the Defendants and all interested parties receiving notices via CM/ECF. I also hereby certify and attest that I have served a true and correct copy of the foregoing filing upon the counsel listed below via email:

| | |
|---|---|
| Chris Cicolini <br> 6886 Woodrise Rd <br> New Market, MD 21774 | Michael T. Farley <br> One Courthouse Square <br> Newport, RI 02840 |

**BIELLI & KLAUDER, LLC**

Dated:  March 2, 2021

*/s/ Ryan E. Ernst*
Ryan M. Ernst (No. 4788)
1204 N. King Street
Wilmington, DE  19801
Main: (302) 803-4600
Direct: (302) 321-5411
Fax: (302) 397-2557
Email: rernst@bk-legal.com

*Counsel for the Plaintiff*