## MICHAEL T. FARLEY

ONE COURTHOUSE SQUARE
NEWPORT, RI 02840
401 835-8775

Michael T. Farley
mfarleyesq@yahoo.com



March 13, 2021

Office of the Clerk
United States District Court
844 North King St Unit 18
Wilmington, DE 19801-3570

Dear Sir or Madam:

Enclosed pursuant to the Local Rules are the following:

- Reply Memorandum Regarding Motion to Disqualify

Thank you for your courtesy and cooperation.

Very Truly Yours,

Michael T. Farley

MTF/cc