# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL C. TRIMARCO, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL T. FARLEY, *et al.,* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:20-cv-01408-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

PLEASE TAKE NOTICE that the firm affiliation and contact information for Ryan M. Ernst, counsel for Plaintiff Michael C. Trimarco, is as follows:

> Ryan M. Ernst, Esq.
> BIELLI & KLAUDER, LLC
> 1204 N. King Street
> Wilmington, DE 19801
> (302) 803-4600
> (302) 321-5411 (direct)
> rernst@bk-legal.com

DATED: March 15, 2021     */s/ Ryan M. Ernst*
                          Ryan M. Ernst (No. 4788)
                          Bielli & Klauder, LLC
                          1204 N. King Street
                          Wilmington, DE 19801
                          Main: (302) 803-4600
                          Direct: (302) 321-5411
                          Fax: (302) 397-2557
                          rernst@bk-legal.com

1

Steven S. Biss (Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  (804) 501-8272
Facsimile:  (202) 318-4098
Email:  stevenbiss@earthlink.net
(*Motion for Admission Pro Hac Vice Filed*)

*Counsel for the Plaintiff*